Matter of Bailey v Bailey (2023 NY Slip Op 00781)

Matter of Bailey v Bailey

2023 NY Slip Op 00781

Decided on February 10, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 10, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, CURRAN, MONTOUR, AND OGDEN, JJ.

987 CAF 21-01791

[*1]IN THE MATTER OF JAYTOYA ANN BAILEY, PETITIONER-RESPONDENT,
v
DONALD ALBERT BAILEY, RESPONDENT-APPELLANT. (APPEAL NO. 2.) 

CAITLIN M. CONNELLY, BUFFALO, FOR RESPONDENT-APPELLANT.
SUSAN E. GRAY, CANANDAIGUA, ATTORNEY FOR THE CHILDREN.

 Appeal from an order of the Family Court, Ontario County (Kristina Karle, J.), entered October 5, 2021 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted petitioner sole legal custody of the subject children. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of Bailey v Bailey ([appeal No. 1] — AD3d — [Feb. 10, 2023] [4th Dept 2023]).
Entered: February 10, 2023
Ann Dillon Flynn
Clerk of the Court